United States District Court
Southern District of Texas
**ENTERED**
March 28, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RUBEN AGUILERA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-00126 |
| | § | |
| DELGAR FOODS, LLC; dba DELIA'S TAMALES, | § § § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's opinion and order of March 27, 2018, Plaintiff's claims and action against Defendant having been **DISMISSED WITH PREJUDICE**, the Court hereby enters this final judgment.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 27th day of March, 2018.

_____
Micaela Alvarez
United States District Judge